IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| WILLIAM STEVEN WALKER, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>Defendant. ) | Civil Action No. 5:09CV62 |

**ORDER**

The Defendant, Michael J. Astrue, Commissioner of the Social Security Administration, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing his decision with a remand of the cause for further administrative proceedings.

On remand, the Administrative Law Judge will do the following: 1) further consider the opinion evidence, including that of the state agency physician; 2) further evaluate Plaintiff's residual functional capacity; 3) combine this claim with the subsequent application, and consider the evidence contained therein; and 4) as necessary, obtain evidence from a medical expert and a vocational expert.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Signed: November 24, 2009

Richard L. Voorhees
United States District Judge