# United States District Court
# For The Western District of North Carolina
# Statesville Division

WILLIAM STEVEN WALKER,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:09CV62

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 24, 2009, Order.

                                            Signed: November 25, 2009

                                            Frank G. Johns, Clerk
                                            United States District Court